Ex. &c. No. 10,313. STATE *v.* MANUEL REGO NUNES. Defendant's motion to quash the verdict and sentence granted, and case remitted to Superior Court for appropriate action. *Herbert F. DeSimone*, Attorney General, *Donald P. Ryan*, Special Asst. Attorney General, for plaintiff. *Paul E. Kelley*, Assistant Public Defender, for defendant.

November 13, 1969.

M. P. No. 857. WILLIAM N. HARRIS, INC. *v.* NEW ENGLAND TEL. AND TEL. CO. Petition of defendant for writ of certiorari denied. *Gladstone & Zarlenga, Robert D. MacLean*, for plaintiff. *Charles J. McGovern*, for defendant.

M. P. No. 859. MICHAEL SIRENSKI AND ROSE SIRENSKI *v.* LIBERTY FURNITURE COMPANY *et al.* Motion of defendants for leave to file petition for writ of certiorari denied. *Bourcier & Bordieri, Everett A. Petronio*, for plaintiffs. *Adelson and Chernick, Melvin A. Chernick*, for defendants.

M. P. No. 871. MYER H. RUBIN *v.* BESSIE RUBIN. Motion of respondent for leave to file petition for writ of certiorari denied and order staying proceedings in Family Court vacated. *Kirshenbaum & Kirshenbaum, Alfred Factor*, for plaintiff. *Leonard A. Kamaras*, for defendant.